In re Estate of Dora Oberheide, Deceased.
William Oberheide, Appellant, v. City National Bank
and Trust Company of Chicago, Executor of the
Estate of Dora Oberheide, Deceased, Appellee.

Gen. No. 41,350.

opinion filed December 23, 1940;
rehearing denied January 6, 1941. Lord, Bissell & Kadyk and Barry
& Crowley, for appellant; C. H. G. Heinfelden and Jerome J. Crowley,
of counsel; D'Ancona, Pflaum & Kohlsaat, for appellee; D. H. Mann,
of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be
published in full.''